**Fill in this information to identify the case:**

Debtor 1    Laurie A. Bekeleski

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois (Eastern Division)

Case number  19-28213

Official Form 410S1

# Amended Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 7

**Date of payment change:**
Must be at least 21 days after date
of this notice                                           01/01/2021

**New total payment:**
Principal, interest, and escrow, if any      $679.91

**Last 4 digits** of any number you use to
identify the debtor's account:          7  5  0  6

## Part 1:  Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 298.79            New escrow payment: $ 186.95

## Part 2:  Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____%          New interest rate: _____%

Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*
Reason for change:

Current mortgage payment: $ _____          New mortgage payment: $ _____

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘  /s/Esmeralda Munoz, a/k/a Esmer Munoz_____    Date  _12/09/2020____
      Signature

Print: Esmeralda Munoz, a/k/a Esmer Munoz_____    Vice President_____
      First Name        Middle Name        Last Name        Title

Company  JPMorgan Chase Bank, N.A._____

Address  Chase Records Center Attn: Correspondence Mail_____
      Number        Street

      700 Kansas Lane, Mail Code LA4-5555_____
      Address 2

      Monroe_____    LA_____    71203____
      City        State    ZIP Code

Contact phone  866-243-5851_____    PCN_Escalations@chase.com_____
                                           Email

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page **2**

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois (Eastern Division)

Chapter   13   No.  19-28213

Judge:  Carol A. Doyle

In re:

Laurie A. Bekeleski

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 11, 2020 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:                           By U.S. Postal Service First Class Mail Postage Prepaid

Laurie A. Bekeleski
1150 E. Randville Drive
Unit 1J
Palatine IL 60074

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:                By U.S. Postal Service First Class Mail Postage Prepaid

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive

Wheeling IL 60090

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:                          By U.S. Postal Service First Class Mail Postage Prepaid

M O Marshall
Trustee
55 E. Monroe Street, Suite 3850

Chicago IL 60603

/s/Esmeralda Munoz, a/k/a Esmer Munoz

Vice President
JPMorgan Chase Bank, N.A.

# CHASE

OH4-7399
3415 Vision Drive
Columbus, OH 43219

03506 ECA Z 28320 C -  BRE ESH B9
LAURIE BEKELESKI
1150 E RANDVILLE DR UNIT 1J
PALATINE, IL  60074-2920

## Escrow account statement

| | |
|---|---|
| Account number | ███████ |
| Statement date | 10/09/2020 |
| Review period | 11/2019 to 12/2020 |

**Property address**
1150 E Randville Dr UNIT 1J
Palatine, IL  60074

**New monthly mortgage payment amount**
$791.75

**New payment effective date**
01/01/2021

---

## Your escrow shortage summary

Changes in monthly escrow balances are common and due to adjustments in your taxes or insurance. To help ensure you have enough funds in your escrow account to cover these important payments, we require a minimum balance of up to two months of escrow payments in your account.

- The lowest balance in your escrow account over the next 12 months is estimated to be **-$968.23** in July 2021.
- Minimum required balance means the minimum balance that must remain in your account at all times. Your minimum required balance is **$373.90**.
- The difference between your estimated low balance and your minimum required balance is the escrow shortage. However, if you are in Chapter 12 or 13, the amount of your escrow shortage may be impacted by a bankruptcy adjustment. A bankruptcy adjustment is an amount comprised of the escrow deficiency and projected escrow shortage. The escrow deficiency is that amount of taxes and insurance we paid on your behalf that remained unpaid as of the date you filed your bankruptcy case. The projected escrow shortage is the amount needed to fund escrow disbursements for the 12 months after you filed bankruptcy case. The escrow deficiency and projected escrow shortage are listed on the proof of claim filed in your bankruptcy case and will be collected through the bankruptcy plan. With the current bankruptcy adjustment of $0.00, you have an estimated post- petition shortage of **$1,342.13**.

Please note: repaying all of your shortage may still lead to a monthly payment increase from your current payment as we need to collect for future disbursements. The ability to repay some or all of the escrow shortage to reduce your payments is not available for accounts more than one post-petition payment past due.

### Monthly payment breakdown

| Monthly mortgage payment breakdown | Contractual payment amount | Current post-petition amount | New post-petition amount |
|---|---|---|---|
| **Principal & Interest** | $492.96 | $492.96 | $492.96 |
| **Escrow account deposit** | $116.30 | $116.30 | $186.95 |
| **Shortage amount** | $0.00 | $0.00 | $111.84 |
| **Total payment amount** | **$609.26** | **$609.26** | **$791.75** |

**Important Message:** If you are currently in a bankruptcy case or you received a discharge in a bankruptcy case, then this escrow statement is for information only. The statement is designed to keep you informed on the status of your escrow account. It should not be interpreted or construed as a demand for payment or an attempt to collect, assess or recover all or part of a debt from you. If a Chapter 12 or 13 trustee is making your on-going post petition mortgage payments for you, then please give a copy of this statement to the trustee.

▼ Please detach and return the bottom portion of this statement with your payment, using the enclosed envelope. ▼

---

# CHASE

**LAURIE BEKELESKI**

| | |
|---|---|
| Account Number | ███████ |
| Statement Date | 10/09/2020 |
| **Escrow Shortage** | **$1,342.13** |

CHASE
PO BOX 9001871
LOUISVILLE KY  40290-1871

## Optional escrow payment

My escrow account has a shortage of $1,342.13. This amount will be automatically spread over 12 months. I don't need to make a payment now. However, while I understand that no payment is due now, I would like to take action on this shortage to reduce my monthly payments and have enclosed a check for:

☐ **Option 1:** $1,342.13, the total shortage amount. My monthly mortgage payment will be adjusted to $579.91 starting 01/01/21 once this shortage payment is processed.

☐ **Option 2:** $ _____, part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

**Please return this coupon with your check.** Make your check payable to Chase and please include your account number on your check.

## Annual escrow breakdown

| Escrow expense breakdown | What was estimated to be paid | Change | What we expect to pay* |
|---|---|---|---|
| Homeowners insurance | $226.00 | ↑ | $254.00 |
| Property tax | $1,169.66 | ↑ | $1,989.33 |

*These estimates are typically based on what we paid last year.

### Resource for you



**Contact Us**
**Customer Service**    **1-866-243-5851**
Monday-Friday    8am - 4pm (CST)

## Your escrow account activity for the review period

The chart below shows what actually happened in your escrow account for the review period compared to what we estimated would happen.

| Month-Year | Activity | Estimated Activity | Actual Activity | Escrow Account Balance Original Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $581.56 | $701.38 |
| Nov-19 | Deposit | $116.30 | $115.80 * | $697.86 | $817.18 |
| Dec-19 | Deposit | $116.30 | $115.80 * | $814.16 | $932.98 |
| Jan-20 | Deposit | $116.30 | $0.00 * | $930.46 | $932.98 |
| Feb-20 | Deposit | $116.30 | $115.80 * | | |
| Feb-20 | Withdrawal - COOK COUNTY TAX COLLECTO | $841.17 | $643.31 * | $405.59 | $405.47 |
| Feb-20 | Withdrawal - TRAVELERS | - | $254.00 * | $405.59 | $151.47 |
| Mar-20 | Deposit | $116.30 | $115.80 * | | |
| Mar-20 | Withdrawal - WIND/MISC | $226.00 | $0.00 * | $295.89 | $267.27 |
| Apr-20 | Deposit | $116.30 | $115.80 * | $412.19 | $383.07 |
| May-20 | Deposit | $116.30 | $115.80 * | $528.49 | $498.87 |
| Jun-20 | Deposit | $116.30 | $115.80 * | $644.79 | $614.67 |
| Jul-20 | Deposit | $116.30 | $115.30 | | |
| Jul-20 | Withdrawal - COOK COUNTY TAX COLLECTO | $528.49 | $1,346.02 * | $232.60 | -$615.05 |
| Aug-20 | Deposit | $116.30 | $116.30 | $348.90 | -$498.75 |
| Sep-20 | Deposit | $116.30 | $116.30 | $465.20 | -$382.45 |
| Oct-20 | Deposit | $116.30 | $116.30 | $581.50 | -$266.15 |
| Nov-20 | Deposit | - | $116.30 E | $581.50 | -$149.85 |
| Dec-20 | Deposit | - | $116.30 E | $581.50 | -$33.55 |

| | | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|---|
| **Total Deposits** | | $1,395.60 | $1,508.40 | | |
| **Total Withdrawals** | | $1,395.66 | $2,243.33 | | |
| **Account Balance as of Dec-20** | | | | | -$33.55 |

An "E" in the chart above means estimated post petition activity that hasn't occurred yet. Please note that any month impacted by an "E" (estimated) deposit, is showing an actual balance that assumes those estimated deposits have been received.

Note: changes in property taxes and/or insurance payments create the difference between the estimated and actual amounts in the chart. The reason(s) why the minimum required balance was not reached may be explained by the items with asterisks, which show the differences between the actual and estimated amounts.

## Your estimated escrow account activity over the next 12 months

| Month-Year | Activity | Estimated Activity | Escrow Account Balance Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|
| | Starting Balance | | | -$33.55 |
| Jan-21 | Deposit | $186.95 | $153.40 | |
| Feb-21 | Deposit | $186.95 | | |
| Feb-21 | Withdrawal - Cook County Tax Collecto | $643.31 | -$302.96 | |

**(Continued)**

### Your estimated escrow account activity over the next 12 months continued

| Month-Year | Activity | Estimated Activity | Escrow Account Balance | |
|---|---|---|---|---|
| | | | Estimated Balance | ACTUAL Balance |
| Mar-21 | Deposit | $186.95 | | |
| Mar-21 | Withdrawal - Travelers | $254.00 | -$370.01 | |
| Apr-21 | Deposit | $186.95 | -$183.06 | |
| May-21 | Deposit | $186.95 | $3.89 | |
| Jun-21 | Deposit | $186.95 | $190.84 | |
| Jul-21 | Deposit | $186.95 | | |
| Jul-21 | Withdrawal - Cook County Tax Collecto | $1,346.02 | -$968.23 | |
| Aug-21 | Deposit | $186.95 | -$781.28 | |
| Sep-21 | Deposit | $186.95 | -$594.33 | |
| Oct-21 | Deposit | $186.95 | -$407.38 | |
| Nov-21 | Deposit | $186.95 | -$220.43 | |
| Dec-21 | Deposit | $186.95 | -$33.48 | |
| | | Estimated Activity | Original Estimated Balance | ACTUAL Balance |
| Total Estimated Deposits | | $2,243.40 | | |
| Total Estimated Withdrawals | | $2,243.33 | | |
| Estimated Account Balance as of Dec-21 | | | -$33.48 | |

**This Page Intentionally Left Blank**

# How to read your

## Escrow Account Statement



**New monthly mortgage payment amount**
Shows your current payment and your new amount

**Annual escrow breakdown**
Displays your annual escrow expenses with original estimated payment compared to current estimated payments. Most shortages occur because taxes and/or insurance payments were higher than what was estimated.

**Monthly payment breakdown**
Breaks down your monthly payment to show mortgage principal & interest, escrow, shortage amount, and your current vs. new monthly payment amounts.

**Your escrow shortage summary**
Outlines your shortage payment options

**Optional escrow payment coupon**
If your shortage is greater than $25, use this coupon if you want to mail a full or partial payment of your escrow shortage. You can also pay your shortage at **www.chase.com**

**Your escrow account activity for the review period**
Shows estimated activity in your account in the review period, with the actual activity in your account. Shortages can occur if the actual taxes and/or insurance payments are higher than estimated.

**Your estimated escrow account activity over the next 12 months**
Based on actual activity in the prior review period, this section projects activity for the next 12 months.
The highlighting shows your estimated low balance. Your shortage amount is the difference between this low balance and your minimum required balance.

**Frequently asked questions**

**Why am I getting an Escrow Analysis?**
We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we estimate to pay next year.

**What is a minimum required balance?**
For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Why does my account have a shortage?**
We calculate your monthly escrow payment for the year based on your tax and/or insurance payment amounts at the time your analysis is run. Shortages most frequently occur when your taxes and/or insurance increase during the year. We pay the higher amount due for you. This can create a shortage because we're paying out more then we estimated.

**What do I need to do about this shortage?**
You don't have to do anything and we will automatically spread the shortage payment evenly across next year's mortgage escrow payments.

You have options
- You can pay all of the shortage now.
- You can pay part of the shortage now.

Please note that your escrow payment may still go up, even if you pay all of the shortage, if your tax and/or insurance expenses have gone up.

**Where can I get more information?**
- For answers to more questions and to watch our informational video, visit **www.chase.com/Escrow**
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **www.chase.com/Alerts**

 ©2015 JPMorgan Chase & Co.

58699-ESH-0215

**Chase (Mail Code OH4-7330)**
3415 Vision Drive
Columbus, OH 43219-6009



October 29, 2020

Laurie Bekeleski
1150 E Randville Dr Unit 1j
Palatine, IL 60074

**Here's information about your escrow account**

Account: █████████████
Property Address:    1150 E Randville Drive
                     UNIT 1J
                     Palatine, IL 60074-0000

Dear Laurie Bekeleski:

We received your payment of $1,342.13 and applied it to your loan to repay the shortage in your escrow account.

Beginning January 1, 2021, your new payment will be $679.91, which is your monthly payment for:

Principal and Interest:      $492.96
Escrow:                      $186.95
Remaining Escrow Shortage:   $0.00

If you have questions, please call us.

Sincerely,

Chase
1-800-848-9136
1-800-582-0542 TTY
chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-855-280-4198.

### Important Legal Information

**Information about your bankruptcy filing**
To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. Any payment you make on the account is voluntary, but we may still have rights under the security instrument, including the right to foreclose on the property.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the

CR27157
EI009

This Payment Change Notice (PCN) is intended to amend the PCN that was previously filed on 10.28.20 . The amendment is being filed:

☑ as all or a portion of the post-petition escrow shortage identified in the attached escrow analysis, which was filed with the previous payment change notice, has been paid. The paid portion of the escrow shortage has been removed from the payment as of the Effective Date of this notice resulting in the payment amount set forth in this payment change notice.

☐ in connection with a loan modification or step rate illustrated in the original modification agreement.

☐ as a result of an overpayment to the loan, which caused the recalculation of the interest only payment amount.

☐ as the Private Mortgage Insurance (PMI) or Mortgage Insurance Premium (MIP) for this mortgage loan has been cancelled.

☐ as the Debtor in this case has become eligible for the Chase Active Military Modification program where Chase provides a monthly payment subsidy to reduce the Debtor's post- petition monthly mortgage payment for a limited period of time or until the Debtor's eligibility has expired.

☐ as a result of the re-amortization of the borrower's escrow payments, per the borrower's request.

☐ as a result of a new escrow analysis.

☐ as a result of an interest rate change.

☐ as the "Notice of Mortgage Payment Change" that accompanies this disclaimer reflects a change in interest rate, and a change in payment, on the interest-only portion of the debtor's home equity line of credit account ("HELOC") held by Chase. To the extent that the debtor has previously converted or "locked in" a portion or portions of the HELOC, the payment amount and interest rate related to the locked sum may remain unaffected by this change and the locked in payment amount may remain unchanged. With respect to the unlocked, interest only credit balance, Chase has voluntarily reduced the debtor's interest rate to 0.00% and reduced the debtor's interest payment to $0.00. While this reduction remains in effect, Chase will waive the interest the debtor would otherwise be obligated to pay on the unlocked, interest only credit balance under the terms of the HELOC. This means that Chase will not require the debtor to pay the difference between the rate due on the unlocked, interest only credit balance and the reduced 0.00% interest rate during the term of the bankruptcy proceeding. This reduced rate will remain in effect until the earlier to occur of the following: (a) the Court enters an order granting Chase relief from the automatic stay, (b) the debtor's bankruptcy proceeding is dismissed, (c) the debtor's bankruptcy proceeding is converted to a Chapter 7 bankruptcy case, (d) the debtor is discharged by the Bankruptcy Court in his or her Chapter 13 case or (e) the terms of the HELOC agreement requires the debtor to begin making principal payments. Upon the occurrence of any of these events, the debtor's interest rate and related payment will revert back to the higher rate and the payment determined in accordance with the HELOC agreement. This change does not constitute a permanent modification of the payment obligations under the terms of the HELOC agreement, mortgage, or other loan documents.